United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JOSE MONTEZ,                      §
    *Plaintiff,*               §
                §
                §    CIVIL ACTION NO. **B-04-012** _____
v.                                §
                §
BROADSPIRE NATIONAL              §
SERVICES, INC.,                   §
    *Defendant.*               §

## DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.'S
### NOTICE OF REMOVAL

Defendant Broadspire National Services, Inc. (hereinafter referred to as "Defendant") hereby removes this cause from the 404th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, on the grounds of federal question jurisdiction based on the following:

    1.      On December 29, 2003, this action was filed in the 404th Judicial District Court of Cameron County, Texas bearing Cause Number 2003-12-6197-G and styled *Jose Montez v. Broadspire National Services, Inc.* Citation was issued on December 30, 2003. Defendant thereafter was served by certified mail that was sent on December 31, 2003, and received by Defendant's agent for service on January 5, 2004. Defendant has timely filed an answer in the State Court.

    2.      In Plaintiff's Original Petition, Plaintiff asserts that he was covered by the "Central and South West Long Term Disability Plan" (the "Plan") and he "seeks to recover benefits owed to him" under the Plan. Plaintiff's Original Petition ¶¶ III, IV, Prayer. In addition, Plaintiff seeks "[r]einstatement of his Long Term Disability Benefits." Plaintiff's Original Petition ¶ Prayer.

3.      The Plan is an "employee welfare benefit plan" within the meaning of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq. See* in particular 29 U.S.C. § 1002(1). *See also Dial v. NFL Player Supplemental Disability Plan*, 174 F.3d 606, 610 (5th Cir. 1999) (ERISA governs disability plan and claims asserted by plaintiff against plan); *Roeder v. Chemrex, Inc.*, 863 F. Supp. 817, 821 (E.D. Wis. 1994) (long term disability plan is ERISA welfare benefit plan). ERISA sets forth a comprehensive scheme for recovery of benefits due an employee under the terms of a plan. 29 U.S.C. § 1132.

4.      Claims for benefits under an ERISA welfare benefit plan are preempted by the exclusive remedial provisions of ERISA. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 107 S. Ct. 1549 (1987); *McNeil v. Time Ins. Co.*, 205 F.3d 179, 191-92 (5th Cir. 2000), *cert. denied*, 531 U.S. 1191 (2001); *Roeder*, 863 F. Supp. at 821-23. Where alleged conduct is violative of both state law and ERISA, ERISA preemption is complete and totally supplants any state law or cause of action. *Ingersoll-Rand Co. v. McClendon*, 498 U.S. 133, 111 S. Ct. 478 (1990).

5.      The claims asserted in Plaintiff's Original Petition are preempted and completely displaced by ERISA's civil enforcement provisions, 29 U.S.C. § 1132(a)(1)(B). Consequently, this action is an action that may be removed to this Court pursuant to 28 U.S.C. § 1441(b). *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 107 S. Ct. 1542 (1987).

6.      This notice is being filed within 30 days after service upon Defendant of a copy of Plaintiff's Original Petition and Citation and, accordingly, has been timely filed under 28 U.S.C. § 1446(b).

7.      Under 28 U.S.C. § 1441(a), venue of the removed action is proper in the Court as the district and division embracing the place where the action is pending.

8.    Attached to this Notice of Removal and incorporated herein are the following documents: (1) Index of Exhibits to Notice of Removal; (2) Citation and Executed Process for Defendant (Exhibit "A"); (3) Plaintiff's Original Petition (Exhibit "B"); (4) a copy of the State Court's Docket Sheet (Exhibit "C"); (5) a list of all counsel of record, including addresses, telephone numbers and parties represented (Exhibit "D"); and (6) Defendant's Original Answer (Exhibit "E").

9.    Defendant will promptly give Plaintiff written notice of the filing of this Notice of Removal and is today filing a copy of that notice together with a copy of this Notice of Removal and attachments with the Clerk of the State Court, thereby effecting removal pursuant to 28 U.S.C. § 1446(d).

Dated: January 29, 2004

Respectfully submitted,

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

Robert S. Nichols
Attorney-in-Charge
Federal I.D. 17118
State Bar No. 15006400
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.:  (361) 882-6644
Telecopier No.:  (361) 882-6659

**ATTORNEY FOR DEFENDANT BROADSPIRE
NATIONAL SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Defendant Broadspire National Services, Inc.'s Notice of Removal has been sent to counsel of record by certified mail return receipt requested on this the 29th day of January, 2004, as follows:

Bruce W. Hodge
HODGE & JAMES, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550

_____
Robert S. Nichols

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE MONTEZ,                        §
    *Plaintiff,*                  §
                          §
                          §        CIVIL ACTION NO. **B-04-012**
v.                                  §
                          §
BROADSPIRE NATIONAL                 §
SERVICES, INC.,                     §
    *Defendant.*                  §

DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.'S INDEX OF EXHIBITS
TO NOTICE OF REMOVAL

    Exhibit A:    Citation and Executed Process

    Exhibit B:    Plaintiff's Original Petition

    Exhibit C:    State Court's Docket Sheet

    Exhibit D:    List of All Counsel of Record

    Exhibit E:    Defendant's Original Answer

JAN-26-04 MON 5:52 PM  ADM RCRIS                    FAX NO. 210 668 7328                    P. 3

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2003-12-006197-G

THE   STATE   OF   TEXAS                    **ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BROADSPIRE NATIONAL SERVICES, INC.
    SERVING REGISTERED AGENT
    CT CORPORATION SYSTEM
    350 N. ST. PAUL STREET
    DALLAS, TEXAS 75201

the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on DECEMBER 29, 2003 . A copy of same accompanies this citation.

The file number of said suit being No. 2003-12-006197-G.

The style of the case is:

_____JOSE MONTEZ_____
                          VS.
_____BROADSPIRE NATIONAL SERVICES, INC._____

Said petition was filed in said court by _____HON. BRUCE W. HODGE_____
(Attorney for _____PLAINTIFF_____ ), whose address is
134 E VAN BUREN ST, STE. 310  HARLINGEN, TX  78550 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 30th day of DECEMBER , A.D. 2003 .



                    _____AURORA DE LA GARZA_____ , DISTRICT CLERK
                    Cameron County, Texas
                    974 E. Harrison St.
                    Brownsville, Texas 78521
                    By: _____Reynaldo Ixpa Jr._____ , Deputy

JAN-26-04 MON 5:53 PM  ADM.RCRIS                    FAX NO. 210 668 7328                    P. 4

**ATTACH RETURN RECEIPTS WITH**
~~ADDRESSEE'S SIGNATURE~~

| U.S. Postal Service™ |
| --- |
| **CERTIFIED MAIL₌ RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* |

For delivery information visit our website at www.usps.com.

BROADSPIRE NATIONAL SERVICES, INC.

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7002 2410 0000 4562 1478

*Sent To* CT CORPORATION SYSTEM
*Street, Apt. No;*
*or PO Box No.* 350 N. ST. PAUL STREET
*City, State, ZIP+4* DALLAS, TEXAS 75201

PS Form 3800, June 2002          See Reverse for Instructions

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 30th of

DECEMBER  2003, I mailed to

BROADSPIRE NATIONAL SERVICES, INC.

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO.   821478
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA , District Clerk
Cameron County, Texas

By: Reynaldo Lopez Jr. , Deputy



JAN-26-04 MON  5:53 PM  ADM.RCRIS                    FAX NO.  210 668 7328            P. 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BROADSPIRE NATIONAL SERVICES, INC
SERVING REGISTERED AGENT
CT CORPORATION SYSTEM
350 N. ST.PAUL STREET
DALLAS, TEXAS 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 0 5 2004
CT CORPORATION

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 2410 0000 9582 1478

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



FILED _2:50_ O'CLOCK __P__ M
AURORA DE LA GARZA DIST. CLERK

DEC 2 9 2003

DISTRICT COURT OF CAMERON COUNTY TEXAS
Reynaldo _____
DEPUTY

(2003-121)

CAUSE NO. _2003-12-6197-G_

| | | |
|---|---|---|
| JOSE MONTEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF CAMERON COUNTY, TEXAS |
| | § | |
| BROADSPIRE NATIONAL SERVICES, INC. | § | _404th_ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOSE MONTEZ, complaining of BROADSPIRE NATIONAL SERVICES, INC., and for cause of action would show:

I.

Plaintiff JOSE MONTEZ states that discovery is to be conducted under Level 2.

II.

Plaintiff JOSE MONTEZ is a natural person residing in Cameron County, Texas.

Defendant BROADSPIRE NATIONAL SERVICES, INC is a business association with its principal office located at 350 N. St. Paul Street, Dallas, Texas 75201. It may be served through its registered agent for process at C T Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

This Court may properly exercise jurisdiction over Defendant BROADSPIRE NATIONAL SERVICES, INC., as Defendant BROADSPIRE NATIONAL SERVICES, INC. purposefully availed itself of the privilege of conducting business in the State of Texas and invoked the benefits and protections of the laws of the State of Texas.

## SCANNED
JAN 0 8 2004

III.
FACTS

Plaintiff JOSE MONTEZ was employed as an electrician by Central Power & Light, roughly between the years 1973 and 2000. At all relevant times, Plaintiff, as an employee of Central Power & Light was covered by the Central and South West Long Term Disability Plan, administrated by Defendant BROADSPIRE NATIONAL SERVICES, INC (hereinafter, "BROADSPIRE NATIONAL SERVICES, INC")

In the early part of the year 2000, Plaintiff JOSE MONTEZ suffered from various debilitating and disabling conditions, including anemia, hypertension, high blood pressure, arthritis, gastric reflex, anxiety and depression. Plaintiff also suffered from osteoarthritis which led to the need for two complete knee replacements, which procedure occurred on July 9, 2001. Pursuant to the terms of the South West Long Term Disability Plan, Plaintiff MONTEZ began receiving disability benefits on May 1, 2000.

After twenty-four months of coverage, Plaintiff MONTEZ was informed by Defendant BROADSPIRE NATIONAL SERVICES, INC. that he would no longer be covered by the Long Term Disability Plan, as he was no longer considered "totally disabled" according to company policies. Plaintiff was by any objective standards still completely disabled. In addition to still suffering from the various medical problems heretofore enumerated, Plaintiff also requires medication with various side-effects such as chronic pain, nausea and drowsiness. Plaintiff has been medically assessed as permanently disabled by his treating physician. He cannot return to his previous employment, in which job duties require driving eighteen wheeler tractor-trailers, climbing, and using cranes, forklifts, and various hand tools, and no "light duty" exists. Retraining, even if possible at this late date, would not be helpful, as Plaintiff's various medical problems make him

SCANNED
JAN 0 8 2004

particularly unsuited and incapable of further employment.

Plaintiff MONTEZ appealed the discontinuation of benefits by Defendant BROADSPIRE

NATIONAL SERVICES, INC., and was denied. All administrative remedies have been exhausted,

and Plaintiff now seeks judicial relief.

## IV.
## BREACH OF CONTRACT

Plaintiff JOSE MONTEZ seeks to recover disability benefits owed to him by contract with

Defendant BROADSPIRE NATIONAL SERVICES, INC.. A valid and enforceable contract existed

between Plaintiff Montez and Defendant BROADSPIRE NATIONAL SERVICES, INC. All

premium payments had been timely and fully made at the time that performance on the contract was

required by Defendant BROADSPIRE NATIONAL SERVICES, INC. All prerequisite facts or

conditions existed for performance on the contract by Defendant BROADSPIRE NATIONAL

SERVICES, INC. Defendant BROADSPIRE NATIONAL SERVICES, INC. failed to perform on

the contract, and Plaintiff herein seeks recovery for damages incurred as a result of this breach.

## V.
## INSURANCE CODE

Plaintiff seeks to recover damages for violations of the Texas Insurance Code, Art. 21.21,

Section 4, constituting unfair and deceptive acts or practices in the business of insurance by

Defendant BROADSPIRE NATIONAL SERVICES, INC, including, but not limited to,

misrepresentations of the benefits or advantages promised by the Insurer. Defendant BROADSPIRE

NATIONAL SERVICES, INC. is also guilty of the following acts constituting unfair settlement

practices:

1.    Misrepresenting to Plaintiff a material fact or policy provision relating to coverage

SCANNED

JAN 0 8 2004

at issue;

2.     Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

3.     Failing to provide promptly to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or for the offer of a compromise settlement of a claim;

4.     Failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff; and

5.     Refusing to pay a claim without conducting a reasonable investigation with respect to the claim.

For these acts or omissions constituting unfair or deceptive practices in the business of insurance, Plaintiff seeks recovery for damages resulting therefrom.

## VI.

Defendant has also breached the common law duty of good faith and fair dealing it owed to Plaintiff as an insured proximately causing damages to Plaintiff.

## VII.

Accordingly, Plaintiff seeks punitive damages under the common law and additional damages under the Insurance Code.

## VIII.
## ATTORNEY'S FEES

Plaintiff is entitled to recover attorney's fees, having sustained actual damages by actions or omissions by Defendant BROADSPIRE NATIONAL SERVICES, INC. constituting unfair or

---

SCANNED

JAN 0 8 2004

deceptive acts in the business of insurance.   Texas Insurance Code, Article 21.21, Section 16, (a)

(b) and under the provisions of the Texas Civil Practice and Remedies Code.

WHEREFORE, PREMISES CONSIDERED, Plaintiff JOSE MONTEZ prays that Defendant

BROADSPIRE NATIONAL SERVICES, INC. be cited to appear, and after trial on the matter, he

be awarded the following:

1.    Reinstatement of his Long Term Disability Benefits;
2.    Payment of all benefits owed and not paid to Plaintiff since May 1, 2002;
3.    All actual punitive and additional damages to which he is legally entitled;
4.    Attorney's fees;
5.    All prejudgment and postjudgment interest to which he is entitled;
6.    And all costs of court;

Plaintiff JOSE MONTEZ further prays for such additional and further relief to which he

may be justly entitled.

Respectfully submitted,

HODGE & JAMES, L.L.P.

134 East Van Buren Street, Suite 310

Harlingen, Texas 78550

Tel: (956) 425-7400

Fax: (956) 425-7707

Bruce W. Hodge

State Bar No. 09751700

ATTORNEY FOR PLAINTIFF JOSE MONTEZ

SCANNED

JAN 0 8 2004

RUN DATE 01/26/04                                                          PAGE: 01
RUN TIME 2:30 PM                                                        2003-12-006197-G

                                            *  *  *  C L E R K ' S  E N T R I E S  *  *  *

JOSE MONTEZ

        VS

BROADSPIRE NATIONAL SERVICES, INC.

                                                                         HODGE &
                                                                       JANES, L.L.P.

                                  00306601                                    12    29    03
                                  HON. BRUCE M. HODGE
                                  134 E VAN BUREN ST., STE. 310
                                  HARLINGEN, TX    78550 0000

                                  (06)        BREACH OF CONTRACT

                                                                              30.00

                        12/29/03 ORIGINAL PETITION FILED
                        12/29/03 JURY FEE: Pd. by HON. BRUCE M. HODGE
                        12/30/03 CITATION (CM): BROADSPIRE NATIONAL
                                 SERVICES, INC.
                        12/30/03     SERVED: 01/05/04      FILED: 01/08/04

# JURY

## CIVIL DOCKET - JUDGE'S ENTRIES

### RULE 26 TRCP

PAGE: 01

CASE NO. 2003-12-006197-G

RUN DATE 1/13/04
RUN TIME

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING | | |
|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR |
| JOSE MONTEZ | 00306601 | (06) | 12 | 29 | 03 |
| VS | HON. BRUCE W. HODGE | | | | |
| | 134 E VAN BUREN ST, STE. 310 | | JURY FEE $ | | |
| BROADSPIRE NATIONAL SERVICES, INC. | HARLINGEN, TX   78550 0000 | BREACH OF CONTRACT | PAID BY | | |

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE MONTEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **BROADSPIRE NATIONAL** | § | |
| **SERVICES, INC.,** | § | |
| *Defendant.* | § | |

## COUNSEL OF RECORD

1.     Robert S. Nichols
       Attorney-in-Charge
       State Bar No. 15006400
       Southern District of Texas Bar No. 17118
       Bracewell & Patterson, L.L.P.
       2000 One Shoreline Plaza-South Tower
       800 North Shoreline Boulevard
       Corpus Christi, Texas 78401-3700
       Telephone: (361) 882-6644
       Telecopier: (361) 882-6659

       ATTORNEY FOR DEFENDANT
       BROADSPIRE NATIONAL SERVICES, INC.

2.     Mr. Bruce W. Hodge
       Attorney-in-Charge
       State Bar No. 09751700
       Southern District of Texas Bar No. 4003
       134 East Van Buren Street, Suite 310
       Harlingen, Texas 78550
       Telephone: (361) 882-5747
       Telecopier: (361) 882-8926

       ATTORNEY FOR PLAINTIFF
       JOSE MONTEZ

CAUSE NO. 2003-12-6197-G

| | | |
|---|---|---|
| JOSE MONTEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 404TH JUDICIAL DISTRICT |
| | § | |
| BROADSPIRE NATIONAL | § | |
| SERVICES, INC., | § | |
| | § | |
| Defendant. | § | CAMERON COUNTY, TEXAS |

**DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, BROADSPIRE NATIONAL SERVICES, INC., (hereinafter referred to as "Defendant") in the above-numbered and styled cause and files this its Original Answer. Defendant would show the Court as follows:

**I.**
**GENERAL DENIAL**

As permitted by Rule 92, Texas Rules of Civil Procedure, Defendant generally denies each and every allegation in Plaintiff's petition and demands strict proof by a preponderance of the credible evidence.

WHEREFORE, Defendant prays for such relief to which it may be justly entitled.

Dated: January 26, 2004

Respectfully submitted,

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 882-6659

**ATTORNEYS FOR DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Broadspire National Services, Inc.'s Original Answer has been sent by facsimile and certified mail, return receipt requested on the 26th day of January, 2004, to:

Bruce W. Hodge
HODGE & JAMES, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550

Robert S. Nichols