IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE MONTEZ,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-012 |
| BROADSPIRE NATIONAL<br>SERVICES, INC.,<br>*Defendant.* | §<br>§<br>§<br>§ | |

### DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.'S
### CERTIFICATE OF INTERESTED PARTIES

Now comes Defendant, Broadspire National Services, Inc., and files this Certificate of Interested Parties.

The following persons and/or entities have a financial interest in the outcome of this litigation:

1. Jose Montez, Plaintiff;

2. Broadspire National Services, Inc., whose proper legal name is Broadspire Services, Inc., Defendant;

3. Platinum Equity, L.L.C., parent company of Broadspire Services, Inc., Interested Party;

4. Central & South West Long Term Disability Plan, Interested Party;

5. Mellon Bank, NA, as trustee for American Electric Power System Employees' Benefit Trust, Interested Party;

6. Bruce W. Hodge, Attorney for Plaintiff, Interested Party; and

7. Robert S. Nichols, Attorney for Defendant, Interested Party.

Dated: February 12, 2004      Respectfully submitted,

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 882-6659

**ATTORNEYS FOR DEFENDANT BROADSPIRE NATIONAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Broadspire National Services, Inc.'s Certificate of Interested Parties has been sent by certified mail, return receipt requested, on this 12th day of February, 2004, to the following:

Bruce W. Hodge
HODGE & JAMES, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550

Robert S. Nichols