(04-103)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE MONTEZ | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO.: M-04-015 |
| | § | B-04-012 |
| MAHLON HENRY | § | |
| Respondent | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order, the undersigned counsel of record files this Certificate of Interested Parties:

1. Jose Montez
   20 Clear Point
   San Benito, Texas 78586
   956-399-7583
   *Petitioner*

2. Bruce W. Hodge
   Hodge, James & Garza, L.L.P.
   134 East Van Buren Street
   Third Floor, Suite 310
   Harlingen, Texas 78550
   956-425-7400
   956-425-7707 - Fax
   *Attorney for Petitioner*

3. Broadspire National Services, Inc.
   Proper legal name Broadspire Services, Inc.
   *Respondent*

4. Robert S. Nichols
   Bracewell & Patterson, L.L.P.
   2000 One Shoreline Plaza - South Tower
   800 N. Shoreline Boulevard
   Corpus Christi, Texas 78401-3700
   361-882-6644
   361-882-6659-Fax
   *Attorney for Respondent*

5.   Platinum Equity, L.L.C. parent company of Broadspire Services, Inc.,
     *Interested Party*

6.   Central & South West Long Term Disability Plan
     *Interested Party*

7.   Mellon Bank, N.A. as trustee for American Electric Power System Employees' Benefit Trust
     *Interested Party*

There are no additional parties, persons, or entities that are interested in the outcome of this litigation at this time.

Dated this 18th day of February, 2004.

Respectfully submitted,

HODGE, JAMES & GARZA, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550
Telephone: 956-425-7400
Facsimile: 956-425-7707

Bruce W. Hodge
Federal I.D. No. 4003
State Bar No. 09751700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served via facsimile to the following counsel of record on this 18th day of February, 2004:

Robert S. Nichols
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Boulevard
Corpus Christi, Texas 78401-3700

_____
Bruce W. Hodge