# HODGE, JAMES & GARZA, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
FRANCISCO J. GARZA

LORRAINE OROZCO
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

P.O. BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

HIDALGO COUNTY OFFICE:
VILLA DE FUENTE
1138 E. EXPRESSWAY 83, SUITE C
PHARR, TEXAS 78577

United States District Court
Southern District of Texas
FILED

MAY 26 2004

Michael N. Milby
Clerk of Court

May 25, 2004

Via Hand-Delivery

Ms. Irma Soto, Case Manager
United States District Clerk
600 East Harrison Street, Suite 101
Brownsville, Texas 78520-7114

Re: Civil Action No. B-04-012; *Jose Montez v. Broadspire National Services, Inc.;* In the United States District Court, Southern District of Texas, Brownsville Division

Dear Ms. Soto:

The above-referenced case is set for a pretrial conference on May 27, 2004. Please remove the conference from the Court's docket as the case has settled. We anticipate having the settlement documents to the Court on or before June 14, 2004.

Very truly yours,

Bracewell & Patterson, L.L.P.

Robert S. Nichols   w/ permission
Attorney for Defendant

and

Hodge, James & Garza, L.L.P.

Bruce W. Hodge
Attorney for Plaintiff

RSH/brb

Corpus Christi\671734.1