# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

### NOTICE OF HEARING

JOSE MONTEZ §
§
VS. § CIVIL ACTION NO. B-04-012
§
BROADSPIRE NATIONAL SERVICES, INC. §

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   Correspondence was received on 5/26/04 advising the Court of settlement and hearing set for 5/27/04 was cancelled.     STATUS CONFERENCE ( IF NECESSARY) is hereby set for 6/15/04 @ 9:30 a.m. before Judge Hanen.

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                      ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE            THIRD FLOOR COURTROOM, #6
600 E. HARRISON STREET                              BEFORE JUDGE ANDREW S. HANEN
BROWNSVILLE, TEXAS


TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen


Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_____
        Irma A. Soto, Deputy Clerk


DATE: June 4, 2004

TO: Bruce W. Hodge
    Robert S. Nichols