# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SET

United States District Court
Southern District of Texas
FILED

JUN 14 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE MONTEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-04-012 |
| | § | |
| BROADSPIRE NATIONAL SERVICES, INC. | § | |

TYPE OF CASE:        _X_ CIVIL                                             ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **Correspondence was received on 5/26/04 advising the Court of settlement and hearing set for 5/27/04 was cancelled.        STATUS CONFERENCE ( IF NECESSARY) for 6/15/04 @ 9:30 a.m. is hereby reset to 6/22/04 @ 8:30 a.m. before Judge Hanen.**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                      ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE                     THIRD FLOOR COURTROOM, #6
600 E. HARRISON STREET                                              BEFORE JUDGE ANDREW S. HANEN
BROWNSVILLE, TEXAS


TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE:  June 14, 2004

TO:  Bruce W. Hodge
      Robert S. Nichols