United States District Court
Southern District of Texas
FILED

JUN 22 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## STATUS CONFERENCE

CIVIL ACTION NO. B-04-012   DATE & TIME: 6/22/04 @ 9:27-9:34

COUNSEL:

| JOSE MONTEZ | § | Francisco J. Garza |
|---|---|---|
| VS | § | |
| BROADSPIRE NATL. SERVICES, INC. | § | Robert S. Nichols |

Courtroom Deputy:   Irma Soto
Law Clerk:          Michele O'Leary
Court Reporter:     Barbara Barnard
CSO:                Figueroa

Case called on the docket. Parties appeared through their respective counsel. Counsel informed the Court that settlement was not reached. This matter is reset to 7/22/04 @ 9:00 a.m. Court instructs counsel to meet with Mr. Montez and find out if he has any other causes of action and, if he does, pleadings have to be amended by the 22nd.

Court is adjourned.