THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUL 2 3 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-012   DATE & TIME: 7/23/04 @ 10:25-10:40 a.m.
COUNSEL:

JOSE MONTEZ                        §   Bruce Hodge

VS                                 §

BROADSPIRE NATL SERVICES, INC.     §   Robert S. Nichols

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket. Bruce Hodge appeared for the Plaintiff. Robert Nichols appeared for the Defendant. All parties announce ready.

Case did not settle. Following deadlines are set by the Court:

Joint Pretrial Order due by 1/14/05
Final Pretrial set for February 2005 (parties will be notified of the date).
Dispositive Motions due by 10/15/04
Plaintiff's experts submitted by 9/30/04
Defendant's experts submitted by 10/29/04
Plaintiff to amend pleadings by 8/13/04
Defendant to answer and file any counterclaims by 9/3/04 and Plaintiff to
   respond by 9/17/04
Discovery cutoff by 12/31/04

Court is adjourned.