IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE MONTEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-012 |
| | § | |
| BROADSPIRE NATL SERVICES, INC. | § | |

## Scheduling Order

1. Trial: Estimated time to try: _____ days.     ■ Bench   ☐ Jury

2. New parties must be joined by:     N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   September 30, 2004
3(a) Plaintiff to amend pleadings by:   August 13, 2004

4. The defendant's experts must be named with a report furnished by:   October 29, 2004
4(a) Defendant to answer or file any counterclaims by:   September 3, 2004
4(b) Plaintiff to respond by:   September 17, 2004

5. Discovery must be completed by:   December 31, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   October 15, 2004

   Non-Dispositive Motions will be filed by:   January 14, 2005

************************  The Court will provide these dates.  ************************

7. Joint pretrial order is due:   January 14, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   February 1, 2005

The case will remain on standby until tried.

Signed this the  23rd  day of  July , 2004.

/s/ Andrew S. Hanen
Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**