United States District Court
Southern District of Texas
ENTERED

OCT - 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| JOSE MONTEZ, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-012 |
| BROADSPIRE NATIONAL SERVICES, INC., *Defendant.* | § § § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, Broadspire National Services, Inc., and Plaintiff, Jose Montez, have resolved all claims herein and have stipulated as part of such resolution that this cause in its entirety is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its or his own attorneys' fees and costs of Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above and foregoing cause shall be, and it is hereby, dismissed in all things with prejudice to the re-filing thereof, with each party to bear its or his own attorneys' fees and costs. All other relief not expressly granted in this judgment is hereby denied.

SIGNED and ENTERED this  7th  day of October, 2004.

_____
JUDGE PRESIDING

Corpus Christi\673529.1

APPROVED FOR ENTRY:

_____   _2/05/04_____
Bruce W. Hodge                    Date
State Bar No. 09751700
Federal I.D. No. 4003
Hodge, James & Garza, L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Telecopier: (956) 425-7707

ATTORNEY FOR PLAINTIFF
JOSE MONTEZ

_____   _9/29/04_____
Robert S. Nichols                 Date
Attorney-in-Charge
Texas State Bar No. 15006400
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza – South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Facsimile: (361) 882-6659

ATTORNEY FOR DEFENDANT
BROADSPIRE NATIONAL SERVICES, INC.